UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| JUAN M. RAYFORD, | ) | No. CV 09-688 VAP (VBK) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| A. HEDGPETH, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting and Adopting the Report and Recommendation of the United States Magistrate Judge, and dismissing the Amended Petition for Writ of Habeas Corpus ("Amended Petition") with prejudice,

**IT IS ADJUDGED** that the Amended Petition is dismissed with prejudice.

DATED: January 27, 2011

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE